KEELER & COMPANY, a Corporation, Appellant, v. NORDDEUTSCHER LLOYD (BREMEN) (NORTH GERMAN LLOYD), Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application for Appointment of a Committee of the Person and Property of FRANCIS J. SLOANE, an Alleged Incompetent Person. FRANCIS J. SLOANE, Appellant; JAMES R. SLOANE and Others, Appellants; GWENDOLYN SLOANE, Petitioner, Respondent.— Orders unanimously reversed, without costs, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of the SPECIAL COMMITTEE OF THE COUNCIL OF THE CITY OF NEW YORK INVESTIGATING RADIO STATION WNYC, Petitioner, Respondent, for a Summons Requiring MORRIS NOVIK, Defendant, Appellant, to Appear and Testify in the Matter of Such Investigation. In the Matter of the Application of MORRIS NOVIK, Defendant, Appellant, to Vacate and Quash a Summons Dated August 3, 1938, Directing Said Morris Novik to Appear and Testify, before a Purported Special Committee of the Council of the City of New York, Investigating Radio Station WNYC, and to Produce Certain Papers and Documents before Such Purported Special Committee.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [169 Misc. 502.]

LILLIAN E. GOETZ, Appellant, v. THE MANHATTAN LIFE INSURANCE COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JOHN F. ROONEY, Petitioner, Respondent, on Behalf of Himself and All Others Similarly Situated, for an Order Pursuant to Article 78 of the Civil Practice Act, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

IRVING LEHR, Judgment Creditor, Appellant, v. JOSEPH M. BLUMBERG, Judgment Debtor, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

CLAIRE S. AUER, Appellant, v. WOODMERE HATS, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MYRON J. KLEBAN, Respondent, v. MAURICE WERTHEIM and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Martin, P. J., taking no part.

14TH STREET HOLDING CORPORATION, Respondent, v. SAMUEL J. KATZ and NATHAN LEVINE, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.